2364 21st st #5
SAn Pablo CA
94806

FILED

JUN 25 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUZ VELARDE Plaintiff,

CV 18 3749

vs.

CASE NO. ~~SSO-2018-0108~~

EMPLOYMENT DISCRIMINATION
COMPLAINT

DmV
CARRIE Stanton Defendant(s).

1.    Plaintiff resides at:

Address  2364 21st St Apt 5

City, State & Zip Code  SAn  Pablo  CA  94806 -

Phone  415- 902-9911

2.    Defendant is located at:

Address  1377  Fell  St

City, State & Zip Code  SF  CA  94117

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-ment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

a.  ✓ Failure to employ me.

b.  ✓ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

c.  ✓ Failure to promote me.

d.  ✓ Other acts as specified below.

I had been denoted of my duties

I was fired during workers Comp. leave
I was reinstated 6 months later and
Seniority, leave credit, pension has been affected

5.    Defendant's conduct is discriminatory with respect to the following:

a.  ✓ My race or color.

b.  __ My religion.

c.  __ My sex.

d.  ✓ My national origin.

e.  __ Other as specified below.

_____

6.    The basic facts surrounding my claim of discrimination are:

My Salary Checks were Not given to
me for 6 months.
Overtime not paid
_____
_____
_____
_____

7.    The alleged discrimination occurred on or about  02 / 2014 .

(DATE)

8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the
California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                    - 2 -

discriminatory conduct on or about __2015__ .

(DATE)

9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about __03/28/18__ .

(DATE)

10.    Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes __✓__    No ____

11.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: __06/25/18__                   _____

SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION    _____

IS NOT REQUIRED.)                PLAINTIFF'S NAME

(Printed or Typed)

Form-Intake 2 (Rev. 4/13)                    - 3 -

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Luz M. Velarde
2364 21st St Apt. 5
San Pablo, CA 94806

From: St. Louis District Office
1222 Spruce Street
Room 8.100
Saint Louis, MO 63103

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2015-01015 | Kenneth E. Waters, Investigator | (314) 539-7757 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

James R. Neely, Jr.,
Director

MAR 2 7 2018

*(Date Mailed)*

Enclosures(s)

cc: Carol Whitcomb
EEO Officer
California Department of Motor Vehicles
2415 1st Ave
MS-114
Sacramento, CA 95818