UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ VELARDE,<br><br>    Plaintiff,<br><br>v.<br><br>DMV, et al.,<br><br>    Defendants. | Case No. 18-cv-03749-HSG<br><br>**ORDER APPOINTING COUNSEL** |

Because the Plaintiff has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Aaron Paul Silberman (#161021), 311 California Street, Floor 10, San Francisco, California, 94104-2695, is hereby appointed as counsel for Plaintiff in this matter.

The scope of this appointment shall be for:

( )     all purposes for the duration of the case

(X)    the limited purpose of representing the litigant in the course of

         (X)     mediation

         (X)     early neutral evaluation

         (X)     settlement conference

         (X)     briefing (X) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): <u>Motion to dismiss and any motion for summary judgment.</u>

         (X)     discovery as follows: <u>All discovery.</u>

         (X)     other: <u>Assist client in determining whether to file an amended complaint.</u>

All proceedings in this action are hereby stayed until four weeks from the date of this

order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: 11/27/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge