| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | MIGUEL NERI<br>Supervising Deputy Attorney General |
| 3 | JORGE AGUILAR II<br>Deputy Attorney General |
| 4 | State Bar No. 238111<br>1515 Clay Street, 20th Floor |
| 5 | P.O. Box 70550<br>Oakland, CA 94612-0550 |
| 6 | Telephone: (510) 879-0002<br>Fax: (510) 622-2270 |
| 7 | E-mail: Jorge.Aguilar@doj.ca.gov |
| 8 | *Attorneys for Defendants Department of Motor Vehicles; Carrie Stanton* |

ROGERS JOSEPH O'DONNELL
Aaron P. Silberman (State Bar No. 161021)
asilberman@rjo.com
Aaron M. Scolari (State Bar No. 237397)
ascolari@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

*Attorneys for Plaintiff Luz Velarde*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUZ VELARDE,** | Case No. 18-cv-03749-HSG |
| Plaintiff, | **STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES; ORDER** |
| v. | |
| **DEPARTMENT OF MOTOR VEHICLES, CARRIE STANTON,** | Action Filed: June 25, 2018 |
| Defendant. | |

Plaintiff Luz Velarde ("Plaintiff") and Defendant Department of Motor Vehicles ("Defendant"), by and through their attorneys of record, jointly stipulate as follows:

1. WHEREAS, the Parties currently have a mediation schedule with mediator Claudia Viera on May 28, 2019.

2. WHEREAS, pursuant to the Court's January 16, 2019 Order, the Court set the following deadlines:

| Event | Date |
| --- | --- |
| General Order 71 Disclosures | February 14, 2019 |
| Close of Fact Discovery | June 14, 2019 |
| Exchange of Opening Expert Reports | June 28, 2019 |
| Exchange of Rebuttal Expert Reports | July 12, 2019 |
| Close of Expert Discovery | July 26, 2019 |
| Dispositive Motion Hearing Deadline | September 5, 2019 at 2:00 p.m. |

3. WHEREAS, in light of the May 28, 2019 mediation, the Parties have agreed to extend the above deadlines by 30 days so that discovery may be conducted in an orderly and efficient manner in the event that the case is not resolved at mediation.

**IT IS SO STIPULATED.**

Dated: May 14, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California

By: /s/ *Jorge Aguilar II*

JORGE AGUILAR II
Deputy Attorney General
*Attorneys for Defendants Department of Motor Vehicles; Carrie Stanton*

Dated: May 14, 2019

ROGERS JOSEPH O'DONNELL

By: /s/ *Aaron M. Scolari*
AARON P. SILBERMAN
AARON M. SCOLARI

Attorneys for Plaintiff
LUZ VELARDE

# **ORDER**

Pursuant to the Stipulation of the Parties and for good cause shown, the Court continues the current scheduling order deadlines and **SETS** the following deadlines:

| Event | Date |
| --- | --- |
| Close of Fact Discovery | July 15, 2019 |
| Exchange of Opening Expert Reports | July 29, 2019 |
| Exchange of Rebuttal Expert Reports | August 12, 2019 |
| Close of Expert Discovery | August 26, 2019 |
| Dispositive Motion Hearing Deadline | October 3, 2019 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: May 15, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge