1 | XAVIER BECERRA
Attorney General of California
2 | MIGUEL NERI
Supervising Deputy Attorney General
3 | JORGE AGUILAR II
Deputy Attorney General
4 | State Bar No. 238111
  1515 Clay Street, 20th Floor
5 |   P.O. Box 70550
  Oakland, CA 94612-0550
6 |   Telephone: (510) 879-0002
  Fax: (510) 622-2270
7 |   E-mail: Jorge.Aguilar@doj.ca.gov

*Attorneys for Defendants Department of Motor Vehicles; Carrie Stanton*

ROGERS JOSEPH O'DONNELL
Aaron P. Silberman (State Bar No. 161021)
asilberman@rjo.com
Aaron M. Scolari (State Bar No. 237397)
ascolari@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

*Attorneys for Plaintiff Luz Velarde*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUZ VELARDE,** | Case No. 18-cv-03749-HSG |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINES TO COMPLETE FACT AND EXPERT DISCOVERY, AND TO HEAR DISPOSITIVE MOTIONS; ORDER (as modified)** |
| v. | |
| **DEPARTMENT OF MOTOR VEHICLES, CARRIE STANTON,** | |
| Defendant. | Action Filed: June 25, 2018 |

1

Plaintiff Luz Velarde ("Plaintiff") and Defendant Department of Motor Vehicles ("DMV" or "Defendant"), by and through their attorneys of record, jointly stipulate as follows:

1. WHEREAS, the Parties have continued to explore possible resolution of this action following the mediation with mediator Claudia Viera on May 28, 2019.

2. WHEREAS, a central issue in this matter is the amount of service credit Plaintiff has accumulated during her employment with DMV as it affects the type and amount of retirement benefits she is entitled to receive from the California Public Employees' Retirement System ("CalPERS") upon retirement.

3. WHEREAS, Plaintiff contends that DMV has improperly caused a decrease in the amount of service credit she has with the DMV, a claim which DMV denies.

4. WHEREAS, the Parties are working together to resolve a potential issue with Plaintiff's service credit with DMV and this is a critical issue that affects the course of this litigation and possible resolution.

5. WHEREAS, the Parties agree to extend the non-expert and expert discovery deadlines and the dispositive motion hearing deadline by 45 days to allow time for an orderly and efficient review, investigation, and potential resolution of the service credit issue, which may help resolve the case.

6. WHEREAS, pursuant to the Court's June 12, 2019 Revised Scheduling Order, the Court set the following deadlines:

| Event | Date |
| --- | --- |
| Close of Fact Discovery | July 15, 2019 |
| Exchange of Opening Expert Reports | July 29, 2019 |
| Exchange of Rebuttal Expert Reports | August 12, 2019 |
| Close of Expert Discovery | August 26, 2019 |
| Dispositive Motion Hearing Deadline | October 3, 2019 at 2:00 p.m. |
| Pretrial Conference | January 14, 2020 at 3:30 p.m. |

| | |
|---|---|
| 7-Day Jury Trial | February 3, 2020 at 8:30 a.m. |

7. WHEREAS, in light of the above, the Parties have agreed to the following continued deadlines:

| Event | Date |
|---|---|
| Close of Fact Discovery | August 29, 2019 |
| Exchange of Opening Expert Reports | September 12, 2019 |
| Exchange of Rebuttal Expert Reports | September 26, 2019 |
| Close of Expert Discovery | October 10, 2019 |
| Dispositive Motion Hearing Deadline | November 18, 2019 at 2:00 p.m. (or the Court's next available date) |

**IT IS SO STIPULATED.**

Dated: July 9, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California

By: /s/ *Jorge Aguilar II*

JORGE AGUILAR II
Deputy Attorney General
*Attorneys for Defendants Department of Motor Vehicles; Carrie Stanton*

Dated: July 9, 2019

ROGERS JOSEPH O'DONNELL

By: /s/ *Aaron M. Scolari*
AARON P. SILBERMAN
AARON M. SCOLARI

Attorneys for Plaintiff
LUZ VELARDE

# ORDER

Pursuant to the Stipulation of the Parties and for good cause shown, the Court **SETS** the following schedule:

| Event | Date |
| --- | --- |
| Close of Fact Discovery | August 29, 2019 |
| Exchange of Opening Expert Reports | September 12, 2019 |
| Exchange of Rebuttal Expert Reports | September 26, 2019 |
| Close of Expert Discovery | October 10, 2019 |
| Dispositive Motion Hearing Deadline | November **21**, 2019 at 2:00 p.m. |
| Pretrial Conference | January 14, 2020 at 3:00 p.m. |
| 7-Day Jury Trial | February 3, 20120 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: July 11, 2019

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge