ROGERS JOSEPH O'DONNELL
Aaron P. Silberman (State Bar No. 161021)
asilberman@rjo.com
Aaron M. Scolari (State Bar No. 237397)
ascolari@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
LUZ VELARDE


Xavier Becerra
Attorney General of California
Miguel A. Neri
Supervising Deputy Attorney General
Jorge Aguilar
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0002
Facsimile: (510) 622-2270
Email: Jorge.aguilar@doj.ca.gov

Attorneys for Defendant Department of Motor Vehicles

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ VELARDE,<br><br>              Plaintiff,<br><br>  vs.<br><br>DMV, et al.,<br><br>              Defendants. | Case No. 18-cv-03749-HSG<br><br>**STIPULATION AND ORDER EXTENDING DISPOSITIVE MOTION HEARING DEADLINE** |

        Plaintiff Luz Velarde ("Plaintiff") and Defendant Department of Motor Vehicles ("DMV" or "Defendant"), by and through their attorneys of record, jointly stipulate as follows:

        1.     WHEREAS, the Parties are working cooperatively to resolve this matter without further litigation.

        2.     WHEREAS, Plaintiff is negotiating with the DMV and will be presenting

new demands in an effort to settle her claims.

3. WHEREAS, the Parties agree to extend the dispositive motion hearing deadline to January 6, 2019 at 2:00 pm, or the Court's next available date so the parties can continue to focus on resolving the case, without expending time and resources towards potentially unnecessary litigation.

4. WHEREAS, in light of the above, the Parties have agreed to the following continued deadline:

| Event | Date |
| --- | --- |
| Dispositive Motion Hearing Deadline | January 6, 2019 at 2:00 p.m. (or the Court's next available date) |

**IT IS SO STIPULATED.**

Dated: October 16, 2019

By: /s/ *Jorge Aguilar II*
JORGE AGUILAR II
Deputy Attorney General
*Attorney for Defendant Department of Motor Vehicle*

Dated: October 16, 2019

By: /s/ *Aaron M. Scolari*
AARON P. SILBERMAN
AARON M. SCOLARI
Attorneys for Plaintiff
LUZ VELARDE

# ORDER

Pursuant to the Stipulation of the Parties and for good cause shown, the Court **SETS** the following schedule:

| Event | Date |
|---|---|
| Dispositive Motion Hearing Deadline | January 9, 2020 at 2:00 p.m. |
| Pretrial Conference | January 14, 2020 at 3:00 p.m. |
| 7-Day Jury Trial | February 3, 20120 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: 10/17/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge